■ MERCURY MACHINE IMPORTING CORP. v. CITY OF NEW YORK.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Rabin and Frank, JJ. [See *ante,* p. 337.]

■ In the Matter of the Accounting of MARY M. BROWN, as Administratrix C. T. A. of MAY H. LAWRENCE, Deceased, Respondent. WILLIAM J. MAHON, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Cox, Frank and Valente, JJ. [See *ante,* p. 945.]

■ KNOLLS COOPERATIVE SECTION No. 1, INC., Respondent, v. JOHN L. HENNESSY et al., Individually and as Copartners Doing Business as Knolls Construction Company, et al., Appellants. JOHN L. HENNESSY et al., Individually and as Copartners Doing Business as Knolls Construction Company, Third-Party Plaintiffs, v. SAMUEL SALTZMAN et al., Third-Party Defendants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante,* p. 945.]

■ In the Matter of CALLY KARABINAKIS, by EMANUEL KARABINAKIS, Her Guardian ad Litem, Appellant, against CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See *ante,* p. 941.]

■ FRIEDA PINE et al. v. HYED REALTY CORP. et al.— Motion for leave to appeal to the Court of Appeals denied with $10 costs and stay vacated. Concur — Botein, J. P., Cox, Frank, Valente and Bergan, JJ. [See *ante,* p. 952.]

■ JUNE WIMPIE v. SYDNEY WIMPIE.— Motion to dismiss appeal granted, without costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ JULIUS ZUPAN v. HYMAN BLUMBERG et al.— Motion granted, the decision of this court filed herein on March 29, 1956, recalled, the order entered herein on March 29, 1956, dismissing said appeal is vacated, and upon reargument the motion to dismiss said appeal is granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be filed on or before August 14 1956, with notice of argument for the September, 1956, term of this court, said appeal to be argued or submitted when reached. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See *ante,* p. 886.]

## (May 24, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO.— Motion to dismiss appeal granted. Concur.— Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

## (May 31, 1956)

■ AMERICAN EMPLOYERS INSURANCE COMPANY v. GOBLE AIRCRAFT SPECIALTIES, INC., et al.— Motion to withdraw appeal granted. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ SIDNEY GREENBERG et al., v. WALTER WINCHELL et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.